# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

United States of America )
v. )
) Case No: CR498-00106-003
Bernard Duane Williams )
) USM No: 09876-021
Date of Previous Judgment: January 28, 1999 ) Adam Cerbone
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 32      Amended Offense Level: 32
Criminal History Category: III      Criminal History Category: III
Previous Guideline Range: 151 to 188 months      Amended Guideline Range: 151 to 188 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
The defendant's offense level was not determined based on quantities of cocaine base. Rather, the defendant's offense level was determined based on quantities of cocaine hydrochloride. As such, he is not eligible for a reduction in sentence.

Except as provided above, all provisions of the judgment dated January 28, 1999, shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 1-6-08

Judge's Signature

B. Avant Edenfield
Effective Date: _____
United States District Judge
For the Southern District of Georgia
(if different from order date)      Printed name and title